USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-against-

DAVID TUCKER ET AL.,

Defendants.

25 Civ. 10108 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

This Court having referred this action to Magistrate Judge Andrew E. Krause for general pre-trial purposes (ECF No. 33),

HEREBY directs Defendants Internal Revenue Service and the United States Small Business Administration, who filed an Answer to Plaintiff's Complaint on June 29, 2026 (ECF No. 49), to contact Magistrate Judge Krause with respect to discovery matters.

SO ORDERED.

Dated: July 6, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge